Ramin R. Younessi, Esq. (SBN 175020)
ryounessi@younessilaw.com
Liliuokalani H. Martin, Esq. (SBN 292778)
lmartin@younessilaw.com
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorney for Plaintiff
TERESA BARRERA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA BARRERA, an individual, | Case No. 2:20-cv-03060-CJC-MRW |
| Plaintiff, | **NOTICE WITHDRAWAL OF MOTION FOR ORDER REMANDING ACTION TO STATE COURT** |
| v. | **DATE: June 8, 2020**<br>**TIME:  1:30 p.m.**<br>**CTRM: 7C** |
| MARRIOTT INTERNATIONAL, INC., a Delaware corporation dba THE W HOTEL; MARRIOTT INTERNATIONAL, an entity of unknown business form; MARRIOTT BONVOY, an entity of unknown business form; W HOTEL MANAGEMENT, INC., a Delaware Corporation; HOST HOTELS & RESORTS, INC., a Maryland Corporation; SHERATON OPERATING CORPORATION, a Delaware Corporation; W HOLLYWOOD, an entity of unknown business form; STARWOOD HOTELS AND RESORTS, an entity of unknown business form; W HOTELS WORLDWIDE, an entity of unknown business form; and DOES 1 through 20, inclusive, | [WITHDRAWN]<br>Complaint Filed: December 2, 2019<br>Trial Date: None Set |
| Defendants. | |

**TO THE COURT, DEFENDANTS, AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Teresa Barrera hereby submits

corrections to her Motion for Remand, Reply Brief, and withdraws her Motion for Order

Remanding to State Court currently scheduled on this Court's calendar for June 8, 2020,

-i-    Case No. 2:20-cv-03060-CJC-MRW

## NOTICE OF WITHDRAWAL OF MOTION FOR ORDER REMANDING

## ACTION TO STATE COURT

at 1:30 p.m. in Dept. 550 and requests that the matter be taken off the Court's Calendar.

Plaintiff withdraws this motion without prejudice.

DATED:  May 22, 2020

**LAW OFFICES OF RAMIN R. YOUNESSI,
A PROFESSIONAL LAW CORPORATION**

By:     /s/Liliuokalani H. Martin

Ramin R. Younessi, Esq.
Liliuokalani H. Martin, Esq.
Attorneys for Plaintiff
TERESA BARRERA

**NOTICE OF WITHDRAWAL OF MOTION FOR ORDER REMANDING
ACTION TO STATE COURT**

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.**   **Corrections to Plaintiff's Motion For And Order Remanding the Action to State Court**

(a)   Page 11, Line 15-16 which currently reads, "As such the amount for lost wages can be estimates to be reduced by half. Thus, $92,584.80 divided by two is approximately, $46,292.40."

Plaintiff corrects and amends the statement to state that the amount could be reduced by the amount received in workers' compensation benefits.  Plaintiff did not intend to imply that she received $46,292.40 in workers' compensation benefits.  To date, Plaintiff to date has received approximately $15,000.00 in workers' compensation disability payments, which even if the Court considered Defendant's argument that it is entitled to an offset in determining the amount in controversy, Plaintiff's loss of earnings would exceed the jurisdictional amount.

**II.**   **Plaintiff's Withdrawal of Motion to Remand**

Based on the additional efforts to meet and confer by all parties and the foregoing reasons, Plaintiff hereby withdraws her Motion for Remand and her subsequent reply brief. Plaintiff requests that the matter be taken off the Court's Calendar. Plaintiff withdraws this motion without prejudice.

///
///
///

-1-                                              Case No. 2:20-cv-03060-CJC-MRW

**NOTICE OF WITHDRAWAL OF MOTION FOR ORDER REMANDING ACTION TO STATE COURT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: May 22, 2020

**LAW OFFICES OF RAMIN R. YOUNESSI,
A PROFESSIONAL LAW CORPORATION**

By:     */s/Liliuokalani H. Martin*
RAMIN R. YOUNESSI, ESQ.
LILIUOKALANI H. MARTIN, ESQ.
Attorneys for Plaintiff
TERESA BARRERA

-2-                    Case No. 2:20-cv-03060-CJC-MRW

**NOTICE OF WITHDRAWAL OF MOTION FOR ORDER REMANDING
ACTION TO STATE COURT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy described as **NOTICE OF WITHDRAWAL OF MOTION FOR ORDER REMANDING ACTION TO STATE COURT** was on May 22, 2020, served upon counsel of record below electronically by the Court's Case Management System:

Samantha Grant, Esq.                    *Attorney for Defendant*
sgrant@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055

☒    BY NOTICE OF ELECTRONIC FILING: The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

Executed on May 22, 2020, at Los Angeles, California.

By:  /s/Gannon del Fierro

-3-                          Case No. 2:20-cv-03060-CJC-MRW

**NOTICE OF WITHDRAWAL OF MOTION FOR ORDER REMANDING ACTION TO STATE COURT**